UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWIGHT FRANKLIN BLACKMON,

    Plaintiff,                               Civil Case No. 16-12671
                                             Honorable Linda V. Parker

v.

HAYNES-LOVE, SPENCER BURKE,
GOMEZ, JOHN DOE, AND BREWER,

    Defendants.
_____/

**<u>OPINION AND ORDER (1) ADOPTING MAGISTRATE JUDGE'S NOVEMBER 7, 2016 REPORT & RECOMMENDATION AND (2) DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTIONS TO APPOINT COUNSEL AND FOR PRELIMINARY INJUNCTION</u>**

    Plaintiff commenced this lawsuit against Defendants on July 19, 2016.  On October 25, 2016, Plaintiff filed a Motion to Appoint Counsel and a Motion for Preliminary Injunction.  (ECF Nos. 20, 21.)  The matter has been assigned to Magistrate Judge Patricia T. Morris for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

    On November 7, 2016, Magistrate Judge Morris issued a report and recommendation ("R&R") recommending that the Court deny without prejudice Plaintiff's motions.  (ECF No. 27.)  At the conclusion of her R&R, Magistrate

Judge Morris advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  (*Id*. at 9.)  She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*.)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Morris.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Appoint Counsel (ECF No. 20) and Motion for Preliminary Injunction (ECF No. 21) are **DENIED WITHOUT PREJUDICE**.

    s/ Linda V. Parker
    LINDA V. PARKER
    U.S. DISTRICT JUDGE

Dated: December 2, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 2, 2016, by electronic and/or U.S. First Class mail.

    s/ Richard Loury
    Case Manager